Case MDL No. 601   Document 1   Filed 06/01/15   Page 1 of 7

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 601 -- In re Glass Tempering System Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/05/11 | 1 | MOTION, BRIEF, SCHEDULE, CERTIFICATE OF SERVICE -- Glasstech, Inc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. MICHIGAN, SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 84/05/21 | | APPEARANCE: RONALD L. GRUDZIECKI, ESQ. for San Jacinto Glass Co., Three Rivers Aluminum Co., William A. Swinney, Inc., Colonial Mirror & Glass Corp., Shaw Glass Co., Inc., Howe-Martz Glass Co. (cds) |
| 84/05/24 | | APPEARANCE: THOMAS H. YOUNG, ESQ. for General Glass Corp. (cds) |
| 84/05/25 | 2 | RESPONSE -- General Glass Corp. -- w/cert. of service (cds) |
| 84/05/29 | 3 | RESPONSE -- Howe-Martz, Colonial Mirror & Glass, Three rivers Aluminum, San Jacinto Glass Co., Shaw Glass Co. and William A. Swinney, Inc. -- w/cert. of service (cds) |
| 84/06/08 | 4 | MOTION FOR LEAVE TO FILE REPLY -- Glasstech, Inc. -- GRANTED (emh) |
| 84/06/08 | 5 | REPLY -- Glasstech, Inc. -- w/cert. of svc. (emh) |
| 84/06/25 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-7 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/07/24 | | HEARING APPEARANCES: ERNIE L. BROOKS, ESQ. for Glasstech, Inc. RONALD L. GRUDZIECKI, ESQ. for San Jacinto Glass Company, TRACO (rh) |
| 84/09/25 | 6 | NOTICE OF RELATED ACTION -- deft. Glasstech v. AB KYRO OY, E. Mich., C.A. No. 84-CV-3851DT w/cert of svc. (rh) |
| 84/09/25 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Frank J. Battisti for pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 84/09/25 | | TRANSFER ORDER -- Transferring A-1 thru A-7 to the N.D. Ohio for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 84/10/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-8) Glasstech, Inc. v. AB Kyro Oy, E.D. Mich., #84CV3851DT -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 84/10/12 | 7 | MEMORANDUM (Re: Reassignment of litigation to Toledo division in N.D. Ohio) -- Pltf. Glasstech, Inc. -- w/cert. of svc. (emh) |

601     In re Glass Tempering System Patent Litigation

| | | |
|---|---|---|
| 84/10/22 | 8 | NOTICE OF OPPOSITION -- B-8 Glasstech, Inc. v. AB Kyro Oy, E.D. Michigan, C.A. No. 84CV-3851DT filed by pltf. Glasstech w/cert. of svc. (rh) |
| 84/11/06 | 9 | MOTION/BRIEF TO VACATE CTO -- B-8 Glasstech, Inc. v. AB Kyro Oy, E.D. Mich., C.A. No. 84-CV-3851 DT -- filed by pltf. Glasstech, Inc. w/cert. of svc. (ds) |
| 84/11/13 | 10 | ORDER (from N.D. Ohio) reassigning MDL-601 (cds) |
| 84/11/13 | | ORDER REASSIGNING LITIGATION to the Honorable Nicholas J. Walinski -- NOTIFIED INVOLVED JUDGES, CLERK AND COUNSEL (cds) |
| 84/11/19 | 11 | BRIEF (re: pldg. #9) -- Howe-Martz, Colonial Mirror & Glass, Three Rivers Aluminum, San Jacinto Glass Co., Shaw Glass Co., William A. Swinney, Inc. and AB Kyro Oy w/cert. of svc. (ds) |
| 84/12/14 | | HEARING ORDER -- Setting motion for transfer of B-8 for Panel Hearing in New Orleans, Louisiana on January 24, 1985 (rh) |
| 85/01/08 | 12 | SUPPLEMENTAL BRIEF ON MOTION TO VACATE CTO -- pltf. Glasstech, Inc. -- w/cert. of svc. (rh) |
| 85/01/22 | | HEARING APPEARANCES: ERNIE L. BROOKS, ESQ. for Glasstech, Inc.; RONALD L. GRUDZIECKI, ESQ. for AB Kyro OY (cds) |
| 85/01/22 | | WAIVER OF ORAL ARGUMENT: General Glass Corp. (cds) |
| 85/01/30 | | TRANSFER ORDER -- B-8 Glasstech, Inc. v. AB Kyro Oy, E.D. Michigan, C.A. No. 84 CV 3851 DT pursuant to 28 U.S.C. §1407 -- NOTIFIED involved counsel, clerks and judges. (emh) |
| 85/03/07 | 13 | NOTICE OF RELATED ACTION -- Glasstech, Inc. v. Tempered Glass Products, E.D. California, C.A. No. CIVS-85-0233-LKK -- filed by defts. AB Kyro Oy, Howe-Martz, Colonial Mirror & Glass, Three Rivers Aluminum, San Jacinto Glass Co., Shaw Glass Co., Inc. and William A. Swinney w/cert. of svc. (ds) |
| 85/03/07 | 14 | NOTICE OF RELATED ACTION -- Glasstech, Inc. v. Delta Fab, N.D. Ohio, C.A. No. C-85-525 -- filed by defts. AB Kyro Oy, Howe-Martz, Colonial Mirrow & Glass, Three Rivers Aluminum, San Jacinto Glass Co., Shaw Glass Co., Inc. and William A. Swinney w/cert. of svc. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 601 -- In re Glass Tempering System Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Glasstech, Inc. v. Tempered Glass Products, E.D. California, C.A. No. CIVS-85-0233-LKK. Notified involved counsel and judge. (rh) |
| 85/05/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-9 Glasstech, Inc. v. Tempered Glass Products, E.D. California, C.A. No. CIVS-85-0233-LKK -- Notified involved judge and clerk (rh) |
| 85/06/05 | | CORRECTION ORDER -- correcting (CTO - B-9 filed on 4/18/85 and finalized on 5/6/85) -- incorrectly referenced Judge Battisit as the transferee judge -- CORRECTED to reflect that Judge Walinski is the transferee judge in this litigation. Notified involved counsel, clerks and judges. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 601 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE GLASS TEMPERING SYSTEM PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 7/26/84 | 9/25/84 | TO | Unpublished | N.D.Ohio | ~~Frank J. Battisti~~ | |
| | 11/13/84 | Reassigned | | | Nicholas J. Walinski | |

Toledo Clerk's Office

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1   LISTING OF INVOLVED ACTIONS   Hon. Nicholas J. Walinski
N.D. Ohio

DOCKET NO. 601 -- In re Glass Tempering System Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Glastech, Inc. v. Howe-Martz | E.D.Mich Pratt | 84CV1740DT | 9/25/84 | C84-7909 | | |
| A-2 | Glastech, Inc. v. Colonial Mirror & Glass | E.D.N.Y. McLaughlin | 84-1804 | 9/25/84 | C84-7910 | | |
| A-3 | Glasstech, Inc. v. Three Rivers Aluminum | W.D.Pa. Rosenberg | 84-1022 | 9/25/84 | C84-7911 | | |
| A-4 | Glastech, Inc. v. San Jacinto Glass Co. | S.D.Tex. Black | H-84-1969 | 9/25/84 | C84-7912 | 8/7/86 D | |
| A-5 | Glasstech, Inc. v. Shaw Glass Co., Inc. | D.Mass Garrity | CV84-1329-G | 9/25/84 | C84-7913 | 8/7/8 -D | |
| A-6 | Glastech, Inc. v. General Glass Corp. | D.Colo Kane | C84-K-889 | 9/25/84 | C84-7914 | 8/7/86-D | |
| A-7 | Glastech, Inc. v. William A. Swinney, Inc. | W.D.Tex Garcia | SA-84-CA-0883 | 9/25/84 | C84-7915 | 8/7/86 D | |
| B-8 | Glasstech, Inc. v. A.B.Kyro Oy  CTO filed 10/11/84  Opposed 10/22/84 | E.D.Mich DeMascio | 84CV3851DT | 1/30/85 | C84-7388 | 3/11/86D | |
| B-9 | Glasstech, Inc. v. Tempered Glass Products  CTO filed 4/18/85 | E.D.Cal Karlton | Civ-S-85-0233-LKK | 5/6/85 | 85-7514 | 8/7/86 D | |
| XYZ-10 | Glasstech, Inc. v. Delta Fab | N.D.Ohio Walinski | 85-7396 | | | 8/8/86 D Walinski is own xfee docket | |

July 1985 - 9 TR; 1 XYZ; 10 Pending
July 1986 - Same
July 1987 - 10 Dis - Docket Closed

Case listing retyped to update transferee docket number

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 601 -- In re Glass Tempering System Patent Litigation

---

GLASSTECH, INC.
Ernie L. Brooks, Esquire
Brooks & Kushman
3000 Town Center
Suite 2121
Southfield, Michigan  48075

AB KYRO OY
HOWE-MARTZ
COLONIAL MIRROR & GLASS
THREE RIVERS ALUMINUM
SAN JACINTO GLASS CO.
SHAW GLASS CO., INC.
WILLIAM A. SWINNEY

Ronald L. Grudziecki, Esquire
Burns, Doane, Swecker & Mathias
P.O. Box 1404
Alexandria, Va.  22313-1404

GENERAL GLASS CORP.
Thomas H. Young, Esq.
Charles Goldberg, Esq.
Rothgerber, Appel & Powers
Twenty-fourth Floor
1600 Broadway
Denver, Colorado  80202

TEMPERED GLASS PRODUCTS (Deft. in B-9)
Ronald L. Grudziecki, Esq.
(Same as Ab Kyro Oy)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 601 -- In re Glass Tempering System Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Howe-Martz | A-1 |
| Colonial Mirror & Glass | A-2 |
| Three Rivers Aluminum | A-3 |
| San Jacinto Glass Co. | A-4 |
| Shaw Glass Co., Inc. | A-5 |
| General Glass Corp. ✗ | A-6 |
| William A. Swinney | A-7 |
| AB Kyro Oy | B-8 |
| Tempered Glass Products | B-9 |